FILED IN
COURT OF CRIMINAL APPEALS

March 18, 2015

ABEL ACOSTA, CLERK

PD-0291-15

PD-0291-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/16/2015 11:08:26 PM
Accepted 3/18/2015 4:19:54 PM
ABEL ACOSTA
CLERK

PD-_____-15

## In the Court of Criminal Appeals of Texas

Leroy Calhoun, Jr.

v.

The State of Texas

## Motion to Extend Time to File
## Petition for Discretionary Review

Leroy Calhoun moves, under Rule 68.2, to extend the time to file a petition for discretionary review (PDR).

On February 12, 2015, the Tenth Court of Appeals affirmed the judgment of the trial court in a memorandum opinion, under cause number 10-14-00058-CR.

No previous extensions to file a PDR have been requested. The current deadline is March 16, 2015.

Mr. Calhoun requests an additional 60 days to file the petition, making the new due date May 15, 2015. Counsel was hired on this case after appointed counsel declined to file a PDR, and needs additional time to review the record, familiarize himself with the case, and complete the petition.

In addition, counsel has been occupied with preparing for the motion for new trial hearing in Pete Rodriguez v. State, 01-15-00135-CR; writing and filing the brief in Jesus Jimenez v. United States in the United States Court of Appeals for the Fifth Circuit; and preparing the motion for new trial in Pastor Israel Diaz v. State, no cause number yet assigned.

I served a copy of this motion on the State of Texas simultaneously with electronic filing.

Respectfully,

Franklin Bynum
Texas Bar Number 24069451
fgb@lawfgb.com
(713) 343-8844

Bynum Law Office
2814 Hamilton Street
Houston, Texas 77004